# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| Carletha K. Foster, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13-0441 -CV-W-JTM |
| | ) |
| Carolyn W. Colvin, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Motion For Award Of Attorney's Fees Pursuant To The Equal Access to Justice Act,* filed May 2, 2014, [Doc. 19]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Motion For Award Of Attorney's Fees Pursuant To The Equal Access to Justice Act,* filed May 2, 2014, [Doc. 19] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $5,000.

                                                         */s/ John T. Maughmer*
                                                               **John T. Maughmer**
                                                     **United States Magistrate Judge**